**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HECTOR LUIS LAJARA GUITERREZ,

                           Petitioner,                      18 **CIVIL** 12025 (LGS)
                                                                        17 **CR** 462-1 (LGS)

                   -against-                            **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA,
                           Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 22, 2022, the Petition is DENIED. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability will not issue. See 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 445 (1962) ("We consider a defendant's good faith...demonstrated when he seeks appellate review of any issue not frivolous."). Judgment is entered in favor of Respondent; accordingly, Case Nos. 17 Crim. 462-1 and 18 Civ. 12025 are closed.

**DATED:**  New York, New York
                 September 27, 2022

                                                                     **RUBY J. KRAJICK**
                                                                 _____
                                                                   **Clerk of Court**
                                               **BY:**    *K. Mango*
                                                                  _____
                                                                  **Deputy Clerk**